Deborah E. Fishman (State Bar No. 197584)
Email address: deborah.fishman@kayescholer.com
Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@kayescholer.com
K. Nicole Buck (State Bar No. 291900)
Email address: nicole.buck@kayescholer.com
Jeffrey Martin (appearing *pro hac vice*)
Email address: jeffrey.martin@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Plaintiff
MIOTOX LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIOTOX LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLERGAN, INC., a Delaware Corporation, ALLERGAN BOTOX LIMITED,<br><br>　　　　Defendants. | Case No. 2:14-cv-8723 ODW (PJWx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Date:　August 17, 2015<br>Time:　1:30 p.m.<br>Place:　Courtroom 11<br><br>**FILED UNDER SEAL PURSUANT TO ORDER FILED JUNE 15, 2015 (DKT. NO. 56)** |