O

# United States District Court
# Central District of California

| | |
|---|---|
| MIOTOX LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN, INC., <br><br> Defendants. | Case № 2:14-cv-08723-ODW(PJWx) <br><br> **ORDER GRANTING STIPULATION TO CONTINUE CASE SCHEDULE [229]** |

Pursuant to stipulation by the parties (ECF No. 229), and with good cause appearing, the Court orders as follows:

(1)  The October 16, 2015 deadline to submit a joint proposed case schedule is **VACATED**; and

(2)  On or before **December 15, 2015**, the parties shall submit either a proposed case schedule, or a joint report showing cause as to why additional time is needed to submit a proposed case schedule.

**IT IS SO ORDERED.**

October 15, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**