Deborah E. Fishman (State Bar No. 197584)
Email address: deborah.fishman@kayescholer.com
Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Plaintiff
MIOTOX LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIOTOX LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLERGAN, INC., a Delaware Corporation; and ALLERGAN BOTOX LIMITED, an Irish Corporation,<br><br>    Defendants. | Case No. 2:14-cv-8723 ODW (PJWx)<br><br>**MIOTOX'S AMENDED APPLICATION TO FILE A DOCUMENT UNDER SEAL**<br><br>Hearing Date: July 8, 2016<br>Time: 10:00am<br>Location: Court Room 11 |

Pursuant to Local Rule 79-5.2.2(b), Section XVI of this Court's Procedures, and the Stipulated Protective Order (D.N. 35), Plaintiff Miotox LLC (hereinafter "Miotox") hereby seeks an order permitting Miotox to file the document called "RT – Questionnaire – Feb 16" under seal.

Good cause exists for filing the document under seal because, as discussed in the accompanying Declaration of Deborah E. Fishman, the document was marked Highly Confidential by Defendants Allergan, Inc. and Allergan Botox Limited (collectively, "Allergan") when Allergan produced the document to Miotox; Allergan requested that the document be filed under seal during the meet and confer process that followed Miotox's notice of its intent to use the document; and Miotox referenced the document in its Opening Claim Construction Brief and provided a reference to a Joint Appendix cite, which Joint Appendix will be filed on June 3, 2016.

For the foregoing reasons, Miotox respectfully requests that the Court enter an order allowing Miotox to file the document called "RT – Questionnaire – Feb 16" under seal.

Dated: May 24, 2016

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Deborah E. Fishman*
　　　Deborah E. Fishman

Attorney for Plaintiff
MIOTOX LLC

2

MIOTOX'S AMENDED APPLICATION TO
FILE A DOCUMENT UNDER SEAL

Case No. 2:14-cv-8723 ODW (PJWx)