Deborah E. Fishman (State Bar No. 197584)
Email address: deborah.fishman@kayescholer.com
Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 319-4500
Facsimile:   (650) 319-4700

Attorneys for Plaintiff
MIOTOX LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIOTOX LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC., a Delaware Corporation; and ALLERGAN BOTOX LIMITED, an Irish Corporation,<br><br>Defendants. | Case No. 2:14-cv-8723 ODW (PJWx)<br><br>**DECLARATION OF DEBORAH E. FISHMAN** |

I, Deborah E. Fishman, hereby declare under penalty of perjury that the following is true and correct.

1. I am an attorney at the law firm of Kaye Scholer LLP and counsel of record for Miotox LLC ("Miotox") in the above captioned matter. I make this declaration based on my personal knowledge and, if called to testify to the truth of the matters set forth herein, could and would do so competently.

2. On May 16, 2016, I provided notice via email to Anne Brody, counsel for Allergan, Inc. and Allergan Botox Limited (collectively, "Allergan"), that Miotox intended to cite a document called "RT – Questionnaire – Feb 16" provided by Allergan to Miotox. The document is a copy of a survey (referred to as the "Botox Tracker") deployed by Allergan in March to survey physicians regarding their use of Botox® in February of 2016. Notably, the Botox Tracker includes a Section G entitled "Licensing Questions" whereby Allergan purports to survey physicians for their practice of Miotox patents licensed to Allergan. In my email, I requested that Allergan produce the document with production numbers and that it indicate the appropriate confidentiality legend.

3. On May 17, 2016, Anne Brody replied via email with a production-numbered version of the document attached. The document was designated "Highly Confidential." In the same email, Allergan requested that the document be filed under seal. Later that same day, I identified the particular language in the document that Miotox wanted to be able to cite in its claim construction briefing. Specifically, I requested that Miotox be permitted to cite to the Licensing Questions Nos. 62-65 regarding Migraine Associated Vertigo (purporting to survey for physician practice of the '060 Patent) without having to file a redacted claim construction brief. That same day, Allergan consented to Miotox's request.

4. On May 20, Miotox included a citation to the Highly Confidential document, and specifically to the Migraine Associated Vertigo licensing questions, in

1

its Opening Claim Construction brief and provided a reference to a Joint Appendix cite, which Joint Appendix will be filed on June 3, 2016.

5. On May 23, 2016, I met and conferred with counsel for Allergan regarding the possibility of creating a redacted version of the document for public filing. First, I emailed with Anne Brody regarding whether the document needed a confidentiality designation and, if so, the possibility of creating a publicly-filed, redacted version. Later that same day, I participated in a telephone call with Anne Brody, Sean Twomey, and Matt Parrot (all counsel for Allergan) to discuss the possibility of creating a redacted document for public filing. During our meet and confer, Allergan's counsel maintained that the document was properly designated and, after considering the issue of possible redactions, indicated that Allergan wanted to provide context for the specific cited licensing questions by maintaining the integrity of the document and not creating an excerpted or redacted version. I agreed that Miotox would comply with the local rule provisions and seek leave to file under seal a document designated as confidential by another party.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 24, 2016, in Palo Alto, California.

Dated: May 24, 2016

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Deborah E. Fishman*
    Deborah E. Fishman

Attorney for Plaintiff
MIOTOX LLC

2