

Deborah Fishman
+1 650 319 4973 office
Deborah.Fishman@kayescholer.com

Two Palo Alto Square,
Suite 400
3000 El Camino Real
Palo Alto, CA 94306-2112
+1 650 319 4500 main
+1 650 319 4700 fax

July 1, 2016

Judge Otis T. Wright
Chambers for Court Room 11
United States District Court
312 North Spring Street
Los Angeles, CA 90012-4701

    Re:    Case No. 2:14-cv-8723 ODW (PJWx)
              *Miotox LLC v. Allergan, Inc.*

Dear Judge Wright:

    Miotox and Allergan submit this joint letter seeking clarification of the Court's updated Patent Standing Order regarding the exhibits the parties intend to use at the Markman hearing scheduled for July 8. The parties have agreed to use only marked exhibits in the Joint Appendix and the Bates-stamped copy of the file history of U.S. Patent No. 8,722,060 as exhibits for the hearing. Since Miotox submitted bound copies of the Joint Appendix and file history to the Court on June 6, 2016 and May 4, 2016, respectively, the parties propose that the Court use these previously-submitted materials at the hearing rather than having each party prepare several, separately-bound volumes of exhibits. The parties have conferred and will provide copies of these same documents for their own use at the hearing and Miotox will also provide a copy for the witness stand.

    If this proposal does not meet with the Court's satisfaction, the parties are prepared to provide the Court with exhibits in whatever format it prefers.

Chicago   Los Angeles   Silicon Valley
Frankfurt   New York   Washington, DC
London   Shanghai   West Palm Beach

Judge Otis T. Wright                           2                        July 1, 2016

                                     Respectfully submitted,

                                     KAYE SCHOLER LLP


By:   */s/ Deborah E. Fishman*
       Deborah E. Fishman
Attorneys for Plaintiff
MIOTOX LLC
Respectfully submitted,

GIBSON DUNN & CRUTCHER LLP


By:   */s/ Jeffrey T. Thomas*
       Jeffrey T. Thomas
Attorneys for Defendants ALLERGAN, INC. and ALLERGAN BOTOX LIMITED

## **ATTESTATION OF CONCURRENCE**

     I, Deborah E. Fishman, am the ECF User whose ID and password are being used to file this Joint Letter.  I attest that, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for Defendants Allergan, Inc. and Allergan Botox Limited.  I declare under penalty of perjury that the foregoing is true and correct.


                                       */s/ Deborah E. Fishman*
                                     Deborah E. Fishman