# United States District Court
# Central District of California

| | |
|---|---|
| MIOTOX LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLERGAN, INC. and ALLERGAN BOTOX LIMITED,<br><br>    Defendants. | Case № 2:14-cv-08723-ODW(PJWx)<br><br>**ORDER RE: STATUS CONFERENCE** |

No later than **September 14, 2016**, the parties should submit a joint report that addresses the following issues:

    (1)    Whether or not claim construction will be required for the '106 and '143 patents (or any other patents).

    (2)    Whether the parties would benefit from the Court entering a case schedule for the remaining issues in the case (up to and including trial). If so, the parties should also submit a proposed schedule.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(3)   Any other issues that the parties anticipate will require Court assistance.

**IT IS SO ORDERED.**

September 6, 2016

_____
                **OTIS D. WRIGHT, II
            UNITED STATES DISTRICT JUDGE**