Deborah E. Fishman (State Bar No. 197584)
Email address: deborah.fishman@apks.com
Krista M. Carter (State Bar No. 225229)
Email address: krista.carter@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
Five Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Plaintiff
MIOTOX LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIOTOX LLC, a California Limited Liability Company,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLERGAN, INC., a Delaware Corporation, ALLERGAN BOTOX LIMITED,<br><br>   Defendants. | Case No. 2:14-cv-8723 ODW (PJWx)<br><br>**JOINT CASE STATUS REPORT** |

The Parties are pleased to report that they have reached agreement on a term sheet for settlement. The Parties anticipate being able to complete a definitive Settlement Agreement in the next month. If the Parties run into any issues that require the Court's assistance in finalizing the Settlement Agreement, we will contact the Court to request a case management call. Otherwise, the Parties expect to file dismissals of their respective claims and counterclaims in the next four to six weeks.

Dated: March 28, 2017

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Deborah E. Fishman*
       Deborah E. Fishman
Attorneys for Plaintiff
MIOTOX LLC

Dated: March 28, 2017

Respectfully submitted,

GIBSON DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
       Jeffrey T. Thomas
Attorneys for Defendants ALLERGAN, INC. and ALLERGAN BOTOX LIMITED

## **ATTESTATION OF CONCURRENCE**

I, Deborah E. Fishman, am the ECF User whose ID and password are being used to file this JOINT CASE STATUS REPORT. I attest that, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from counsel for Defendants Allergan, Inc. and Allergan Botox Limited. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2017         */s/ Deborah E. Fishman*
                              Deborah E. Fishman