# United States District Court
# Central District of California

| | |
|---|---|
| MIOTOX LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLERGAN, INC. and ALLERGAN BOTOX LIMITED,<br><br>　　　　　Defendants. | Case № 2:14-cv-08723-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' recent status report (ECF No. 285), the Court **ORDERS** the parties to **SHOW CAUSE**, in writing only, no later than **May 31, 2017**, why settlement has not been finalized. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 28, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**